

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-19-00210-CV |
| IN RE: D.P.P., D.P., J.L.P., and A.A.P., | § | Appeal from the |
| Children. | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2017DCM7679) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment as to Appellant D.P. We therefore affirm the judgment of the court below as to Appellant D.P. We further order Appellant A.P.'s motion to dismiss her appeal is granted and the appeal is dismissed as to Appellant A.P.

It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF DECEMBER, 2019.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and McClure, C.J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment